UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

RUDOLPH BETANCOURT,
    Plaintiff,

vs.

ABC PROPERTIES, LTD. and ABC LIQUORS, INC. d/b/a ABC FINE WINE & SPIRITS,
    Defendant(s).

Case No: 23-CV-14400-CANNON

## JOINT SCHEDULING REPORT

Plaintiff, RUDOLPH BETANCOURT (referred to as "Plaintiff"), and Defendants, ABC PROPERTIES, LTD. and ABC LIQUORS, INC. d/b/a ABC FINE WINE & SPIRITS (referred to as "Defendants"), by and through their respective undersigned attorneys, pursuant to Fed. R. Civ. P. 26(f) and S.D. Fla. L.R. 16.1(b), having conferred regarding initial disclosures of documents and witnesses, to discuss a discovery schedule, and to conduct other business, and now submit this Joint Scheduling Report.

    I.    **Party Conference Report Pursuant To L.R. 16.1(B)(2).**

        a.  **Likelihood of settlement:**

            The parties will continue to discuss settlement throughout the case in good faith and will inform the Court if any settlement is reached.

        b.  **Likelihood of appearance of additional parties:**

            The parties do not anticipate the joinder of additional parties at this time.

        d.  **Proposal for the formulation and simplification of issues, including the elimination of frivolous claims or defenses, and the number and timing of motions for summary judgment or partial summary judgment:**

            Counsel shall meet before the pretrial conference to discuss any proposals for the formulation and simplification of issues. The parties will endeavor to streamline the case to the fullest extent possible.

        e.  **Necessity or desirability of amendments to pleadings:**

    None at this time.

f. **The possibility of obtaining admissions of fact and documents which will avoid unnecessary proof, stipulations regarding authenticity of documents, and the need for advance rulings from the Court on admissibility of evidence:**

    There is a possibility in this case that the parties will obtain admissions of fact from each other. At this time, there is no need for stipulating to the authenticity of documents or for any advance rulings from the Court as to the admissibility of certain evidence. Should it become necessary, counsel will meet following the applicable discovery cut-off date and before the pretrial conference to discuss stipulations regarding the authenticity of documents and the need for advance rulings from the Court on the admissibility of evidence.

g. **Suggestions for the avoidance of unnecessary proof & cumulative evidence:**

    At this time, the Parties have no suggestions for the avoidance of unnecessary proof and cumulative evidence but will endeavor to find ways to litigate this case efficiently in the event this action is not dismissed or settled.

h. **Suggestions on the advisability of referring matters to a Magistrate Judge or master:**

    The parties **do not** agree at this time to refer all matters, including trial, in this case to a Magistrate Judge.

i. **A preliminary estimate of the time required for trial;**

    The Parties estimate that the trial of this matter will last three (3) days.

j. **Requested date or dates for conferences before trial, a final pretrial conference, and trial:**

    The Parties submit the attached Proposed Scheduling Order.

k. **Any issues about: (i) disclosure, discovery, or preservation of electronically stored information, including the form or forms in which it should be produced; (ii) claims of privilege or of protection as trial-preparation materials, including -- if the parties agree on a procedure to assert those claims after production -- whether to ask the court to include their agreement in an order under Federal Rule of Evidence 502; and (iii) when the parties have agreed to use the ESI checklist available on the court's website (www.flsd.uscourts.gov), matters enumerated on the ESI checklist:**

    None at this time.

l. **Any other information that might be helpful to the court in setting the case for status or pre-trial conference:**

At this time, the Parties are unaware of any other information that might be helpful to the Court in setting the case for status of pretrial conference.

m. **Whether the trial will be jury or non-jury:**

The trial will be Non-Jury

n. **An outline of the legal elements of each claim and defense raised by the pleadings:**

　i. Plaintiff's claims:

The Plaintiff is disabled within the meaning of the ADA; the Defendant owns and/or operates a place of public accommodation, that barriers exist at the Defendant's facility; that the Plaintiff encountered and has actual knowledge of barriers listed in his Complaint, that additional barriers may exist at the facility, those barriers individually affect Plaintiff's disability, that an injunction would provide effective relief and that Plaintiff intends to return to the facility in the near future.

　ii. Defendants' Defenses:

Defendant ABC Liquors has already remedied any ADA violations that it can remedy, if any existed. Plaintiff has failed to provide Defendant an opportunity to cure any alleged violations under the ADA or provide notice prior to the lawsuit. Plaintiff improperly intertwined multiple Defendants in the causes of action as phrased. Plaintiff had no true intent to frequent and utilize the Subject Premises.

o. **A good faith estimate of the specific dollar valuation of actual damages and other relief at issue:**

The Plaintiff is seeking injunctive relief and to have his reasonable attorney's fees and costs and expenses paid by the Defendant.

p. **The need for variance from the discovery limitations imposed by Local Rule and/or the Federal Rules of Civil Procedure, including the grounds supporting the requested variance:**

The parties do not see a need for variance from the discovery limitations at this time.

II. **Scheduling Order**

Pursuant to Local Rule 16.1(B)(3), the parties submit their proposed scheduling order attached to this report.

**PROPOSED SCHEDULING ORDER**

The Parties propose to adhere to the following schedule:

| DEADLINE/DATE | ACTION OR EVENT |
| --- | --- |
| April 12, 2024 | Deadline to join additional parties or to amend pleadings. |
| June 21, 2024 | Deadline to file joint interim status report. |
| August 15, 2024 | Deadline to file Proposed Order Scheduling Mediation, setting forth the name of the mediation, and the date, time, and location of the mediation consistent with the Order of Referral to Mediation (which immediately follows the scheduling order). |
| August 28, 2024 | Deadline to complete all fact discovery. Deadline to submit joint notice indicating whether the parties consent to jurisdiction before the designated magistrate judge for purposes of final disposition. Deadline to exchange expert witness summaries/reports pursuant to Federal Rule of Civil Procedure 26(a)(2).  Rebuttal disclosures are permitted and must conform to the deadline set forth in Federal Rule of Civil Procedures 26(a)(2)(D)(ii). |
| October 11, 2024 | Deadline for the filing of all dispositive motions. |
| September 27, 2024 | Deadline to complete mediations, consistent with the Order of Referral to Mediation (which immediately following the scheduling order). |
| October 25, 2024 | Deadline to complete all expert discovery. |
| November 22, 2024 | Deadline for the filing of pretrial motions, including motion in limine and *Daubert* motions. |
| December 20, 2024 | Deadline to file joint pretrial stipulation pursuant to Local Rule 16.1(3) and pretrial disclosures pursuant to Federal Rule of Civil Procedure 26(a)(3). |
| January 3, 2025 | Deadline to file proposed jury instructions (if matter is set for a jury trial) or proposed findings of fact and conclusions of law (if the matter is set for bench trial) pursuant to Local Rule 16.1(k). |
| January 15, 2025 | Two-week trial period commences (calendar call will be scheduled on the Tuesday before the trial period). |

Respectfully submitted,

s/ Glenn R. Goldstein
Glenn R. Goldstein, Esq. (FBN: 55873)
   *Attorney for Plaintiff*
Glenn R. Goldstein & Associates, PLLC
8101 Biscayne Blvd., Ste. 504
Miami, Florida 33138
(305) 900-2373
GGoldstein@G2Legal.net

s/ Lauren N. Wassenberg
Lauren N. Wassenberg, Esq. (FBN: 34083)
   *Attorney for Plaintiff*
Lauren N. Wassenberg & Associates, P.A.
33 SE 4th St., Ste. 100
Boca Raton, FL 33432
(561) 571-0646
WassenbergL@gmail.com

s/ Michael D. Tempkins
Michael D. Tempkins
Fla. Bar. No.: 22073
mtempkins@fishbacklaw.com
kimberlyc@fishbacklaw.com
Fishback Dominick
1947 Lee Road
Winter Park, FL 32779
Telephone: (407) 262-8400
Facsimile: (407) 790-4538
Attorney for Defendants