UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

RUDOLPH BETANCOURT,
    Plaintiff,
vs.

ABC PROPERTIES, LTD. and ABC LIQUORS, INC. d/b/a ABC FINE WINE & SPIRITS,
    Defendants.

Case No: 23-cv-14400

## JOINT NOTICE OF SETTLEMENT IN PRINCIPLE

Plaintiff, RUDOLPH BETANCOURT, and Defendants, ABC PROPERTIES, LTD. and ABC LIQUORS, INC. d/b/a ABC FINE WINE & SPIRITS, by and through their respective undersigned counsel, hereby notify the Court that the Parties have reached a settlement in principle. The Parties are in the process of memorializing their agreement and finalizing their settlement documents.

Respectfully submitted,

| | |
|---|---|
| s/ Glenn R. Goldstein | s/ Michael D. Tempkins |
| Glenn R. Goldstein, Esq. | Michael D. Tempkins, Esq. |
| (FBN: 55873) | (FBN: 22073) |
| *Attorney for Plaintiff* | *Attorney for Defendants* |
| Glenn R. Goldstein & Assoc., PLLC | Fishback Dominick |
| 8101 Biscayne Blvd., Ste. 504 | 1947 Lee Road |
| Miami, Florida 33138 | Winter Park, Florida 32279 |
| (561) 573-2106 | (407) 262-8400 |
| GGoldstein@G2Legal.net | mtempkins@fishbacklaw.com |
| | kimberlyc@fishbacklaw.com |